# Commonwealth, Appellant, *v.* Crucible Steel Company of America.

Argued June 2, 1903. Appeal, No. 9, May T., 1903, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket 1902, No. 228, an appeal from tax settlement in case of Commonwealth v. Crucible Steel Company of America. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

*Hampton L. Carson,* attorney general, with him *Frederic W. Fleitz,* deputy attorney general, for appellant.

*James A. Stranahan,* with him *Reed, Smith, Shaw & Beal,* for appellee.

OPINION BY MR. JUSTICE BROWN, January 4, 1904:

This case was argued with Commonwealth v. Danville Bess-

emer Company, May term, 1903, No. 8, and, in view of what we have said in the opinion in that case, this day filed, the judgment is affirmed.